**From:** "U.S._Postal_Service_"<U.S._Postal_Service@usps.com>
**Subject:** U.S. Postal Service Track & Confirm email Restoration - 7(
**Date:** August 21, 2006 3:59:53 PM EDT
**To:** lalderman@a-dlaw.com

---

This is a post-only message. Please do not respond.

les Alderman has requested that you receive this restoration information Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal $

Label Number: 7005 1160 0002 6703 9722

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20001 | 06/16/06 10:29am |
| Arrival at Unit | WASHINGTON DC 20001 | 06/16/06 8:06am |
| Acceptance | WASHINGTON DC 20035 | 06/14/06 3:06pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $1.35 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.60 |

Sent To: Civil Process Clerk, US Attorney
Street, Apt. No.; or PO Box No. 555 4th St. NW
City, State, ZIP+4 Washington DC 20001

PS Form 3800, June 2002   See Reverse for Instructions

---

[Return receipt cards - PS Form 3811, February 2004]

Card 1:
Article Addressed to: US Attorney General, 950 Pennsylvania Ave, NW, Washington, DC 20530
Article Number: 7005 1160 0002 6703 9746
Service Type: Certified Mail, Return Receipt for Merchandise

Card 2:
Article Addressed to: Michael O. Leavitt, Secretary, Department of Health & Human Services, 200 Independence Ave, SW, Washington, DC 20201
Article Number: 7005 1160 0002 6703 9739
Service Type: Certified Mail, Return Receipt for Merchandise