**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **BAPTIST ST. ANTHONY'S HEALTH SYSTEM** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **MICHAEL O. LEAVITT,** Secretary, Department of Health and Human Services | ) ) ) ) |
| Defendant. | ) ) |

Civil Action No. 1:06CV00800 (PLF)

Judge Paul F. Friedman

## PROOF OF SERVICE

I hereby certify that service of process was made, by certified mail, return receipt requested, upon the U.S. Attorney General, the U.S. Attorney and the Secretary of the U.S. Department of Health and Human Services in accordance and as specified in the attached Exhibit.

Respectfully Submitted,

/s/ Leslie D. Alderman III (D.C. Bar No. 477750)
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036
(202) 969-8220
(202) 969-8224 (facsimile)

COUNSEL FOR PLAINTIFF