From: "U.S._Postal_Service_"<U.S._Postal_Service@usps.com>
Subject: **U.S. Postal Service Track & Confirm email Restoration - 7(**
Date: August 21, 2006 3:59:53 PM EDT
To: lalderman@a-dlaw.com

This is a post-only message. Please do not respond.

les Alderman has requested that you receive this restoration information
Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal S

Label Number: 7005 1160 0002 6703 9722

Service Type: Certified

Shipment Activity      Location               Date & Time
--------------------------------------------------------------------
Delivered              WASHINGTON DC 20001    06/16/06 10:29am

Arrival at Unit        WASHINGTON DC 20001    06/16/06  8:06am

Acceptance             WASHINGTON DC 20035    06/14/06  3:06pm

--------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its
online Track & Confirm tool.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ $1.35 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.60 |

Sent To _Civil Process Clerk, US Attorney_
Street, Apt. No.; or PO Box No. _555 4th St. NW_
City, State, ZIP+4 _Washington DC 20001_

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney General
950 Pennsylvania Ave, NW
Washington, DC
20530

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0002 6703 9746

PS Form 3811, February 2004    Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael O. Leavitt
Secretary
Department of Health;
Human Services
200 Independence Ave, SW
Washington, DC 20201

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0002 6703 9739

PS Form 3811, February 2004    Domestic Return Receipt   102595-02-M-1540

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                 6/19/06
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No