# UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ : | |
| IN RE: : | |
| MEDICARE REIMBURSEMENT : | |
| LITIGATION : | |
| : | |
| _____ : | |
| This document relates to: : | |
| : | MISC. NO:  03-0090 (PLF) |
| BAYSTATE HEALTH SYSTEM, ET AL. : | |
| v. THOMPSON, No. 02-0601 : | |
| : | |
| COVENANT MEDICAL CENTER v. : | |
| THOMPSON, No. 02-0683 : | |
| : | |
| SAINT LUKE'S HOSPITAL OF : | |
| KANSAS CITY v THOMPSON, No. 02- : | |
| 1373 : | |
| : | |
| ST. FRANCIS MEDICAL CENTER v. : | |
| THOMPSON, No. 02-1635 : | |
| : | |
| BRIGHAM & WOMEN'S HOSPITAL, : | |
| ET AL. v. THOMPSON, No. 02-1731 : | |
| : | |
| VIA CHRISTI REGIONAL MEDICAL : | |
| CENTER, INC. v. THOMPSON, No. 02- : | |
| 1890 : | |
| : | |
| ST. VINCENT HEALTH CENTER v. : | |
| THOMPSON, No. 02-1891 : | |
| : | |
| JOHNSON CITY MEDICAL CENTER v. : | |
| THOMPSON, No. 02-1892 : | |
| : | |
| ST. JOHN'S HEALTH SYSTEM NE : | |
| COMMUNITY HOSPITAL v. : | |
| THOMPSON, No. 02-1893 : | |
| : | |
| PRESBYTERIAN HOSPITAL v. : | |
| THOMPSON, No. 02-1899 : | |
| : | |
| FORSYTH MEMORIAL HOSPITAL, ET : | |
| AL. v. THOMPSON, No. 02-1900 : | |
| : | |
| : | |

_____

NAPLES COMMUNITY HOSPITAL v.  :
THOMPSON, No. 02-1901

                                 :

VIRGINIA MASON MEDICAL CENTER :
v. THOMPSON, No. 02-1902      :

                                 :

NEBRASKA HEALTH SYSTEM, INC. v. :
THOMPSON, No. 02-1903

                                 :

THE WATERBURY HOSPITAL v.    :
THOMPSON, No. 02-1905

                                 :

AVERA MCKENNAN HOSPITAL v.  :
THOMPSON, No. 02-1907

                                 :

RAPID CITY REGIONAL HOSPITAL v. :
THOMPSON, No. 02-1908

                                 :

UNIVERSITY OF WASHINGTON    :
D/B/A HARBORVIEW MEDICAL    :
CENTER v. THOMPSON, No. 02-1910 :

                                 :

DUKE UNIVERSITY HEALTH     :
SYSTEM, INC. v. THOMPSON, No. 02- :
1911

                                 :

WILLIAM BACKUS HOSPITAL v.  :
THOMPSON, No. 02-1912

                                 :

STAMFORD HOSPITAL v.       :
THOMPSON, No. 02-1913

                                 :

DANBURY HOSPITAL v. THOMPSON, :
No. 02-1914

                                 :

NEW BRITAIN GENERAL HOSPITAL :
v. THOMPSON, No. 02-1915

                                 :

EDWARD W. SPARROW HOSPITAL v. :
THOMPSON, No. 02-1916

                                 :

W.A. FOOTE MEMORIAL HOSPITAL v.:
THOMPSON, No. 02-1918

                                 :
                                 :

2

BAPTIST MEMORIAL HOSPITAL v.        :
THOMPSON, No. 02-1919               :
                                    :
VALLEY PRESBYTERIAN HOSPITAL        :
v. THOMPSON, No. 02-1920            :
                                    :
DENVER GENERAL HOSPITAL  v.         :
THOMPSON, No. 02-1921               :
                                    :
MONONGAHELA VALLEY HOSPITAL         :
v. THOMPSON, No. 02-1924            :
                                    :
UNIVERSITY OF KANSAS HOSPITAL       :
AUTHORITY v. THOMPSON, No. 02-      :
1926                                :
                                    :
GLENWOOD REGIONAL MEDICAL           :
CENTER v. THOMPSON, No. 02-1927     :
                                    :
MERITER HOSPITAL, INC., ET AL. v.   :
THOMPSON, No. 02-2350               :
                                    :
PRESBYTERIAN HOSPITAL OF            :
DALLAS, ET AL. v. THOMPSON, No.     :
02-2409                             :
                                    :
VIA CHRISTI REGIONAL MEDICAL        :
CENTER, INC. v. THOMPSON, No. 03-   :
0221                                :
                                    :
SAINT LUKE'S HOSPITAL OF            :
KANSAS CITY v. THOMPSON, No. 03-    :
0245                                :
                                    :
SISTERS OF ST. FRANCIS HEALTH       :
SERVICES, INC. v. THOMPSON, No.     :
03-0267                             :
                                    :
WINTER HAVEN HOSPITAL v.            :
THOMPSON, No. 03-0280               :
                                    :
SALEM MEMORIAL CORPORATION v.:
THOMPSON, No. 03-0297               :
                                    :
                                    :
                                    :

3

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-UNION CITY v. THOMPSON, No. 03-0298 | : : : : |
| BAPTIST ST. ANTHONY HEALTH SYSTEM v. THOMPSON, No. 03-0299 | : : : |
| FRANKLIN BENEVOLENT CORPORATION v. THOMPSON, No. 03-0301 | : : : : |
| MEDICAL CENTER EAST, INC. v. THOMPSON, No. 03-0312 | : : : |
| SWEDISH COVENANT HOSPITAL v. THOMPSON, No. 03-0315 | : : : |
| ST. JOSEPH REGIONAL HEALTH CENTER v. THOMPSON, No. 03-0316 | : : : |
| ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL v. THOMPSON, No. 03-0317 | : : : : |
| ST. CLAIRE MEDICAL CENTER v. THOMPSON, No. 03-0318 | : : : |
| COLUMBUS REGIONAL HOSPITAL v. THOMPSON, No. 03-0319 | : : : |
| SOMERSET HOSPITAL v. THOMPSON, No. 03-0320 | : : : |
| SANTA BARBARA COTTAGE HOSPITAL v. THOMPSON, No. 03-0322 | : : : |
| HARRISBURG HOSPITAL, ET AL. v. THOMPSON, No. 03-0323 | : : : |
| CLARA MAASS MEDICAL CENTER v. THOMPSON, No. 03-0332 | : : : |
| CABRINI MEDICAL CENTER v. THOMPSON, No. 03-0333 | : : : |
| UNITED HEALTH SERVICES HOSPITALS, INC. v. THOMPSON, No. 03-0334 | : : : |

_____

LITTLE FALLS HOSPITAL v.
THOMPSON, No. 03-0335

MERCY MEDICAL CENTER OF
SPRINGFIELD v. THOMPSON, No. 03-
0336

MEDICAL COLLEGE OF OHIO
HOSPITAL v. THOMPSON, No. 03-0337

JACKSON HOSPITAL & CLINIC, INC.
v. THOMPSON, No. 03-0339

SPARTANBURG REGIONAL
MEDICAL CENTER v. THOMPSON, No.
03-0340

YALE-NEW HAVEN HOSPITAL v.
THOMPSON, No. 03-0341

MARIETTA MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0342

BRIDGEPORT HOSPITAL v.
THOMPSON, No. 03-0343

UNIVERSITY OF COLORADO
HOSPITAL v. THOMPSON, No. 03-0345

HOSPITAL FOR JOINT DISEASES
ORTHOPEDIC INSTITUTE v.
THOMPSON, No. 03-0346

LENNOX HILL HOSPITAL v.
THOMPSON, No. 03-0347

ALLIANCE COMMUNITY HOSPITAL
v. THOMPSON, No. 03-0348

ROBINSON MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0349

ST. RITA'S MEDICAL CENTER v.
THOMPSON, No. 03-0350

H. LEE MOFFITT CANCER CENTER v.
THOMPSON, No. 03-0351

JEFFERSON MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0352

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

5

COVENANT HEALTH
SYSTEM/METHODIST HOSPITAL v.
THOMPSON, No. 03-0354
 :

METHODIST HOSPITAL OF
SOUTHERN CALIFORNIA, INC. v.
THOMPSON, No. 03-0355
 :

ST. VINCENT HOSPITAL v.
THOMPSON, No. 03-0356
 :

ST. DOMINIC-JACKSON MEMORIAL
HOSPITAL, INC. v. THOMPSON, No.
03-0358
 :

DELTA REGIONAL MEDICAL
CENTER, ET AL. v. THOMPSON, No.
03-0359
 :

PROVENA UNITED SAMARITANS
HOSPITAL, ET AL. v. THOMPSON, No.
03-0363
 :

ST. JOHN HOSPITAL & MEDICAL
CENTER v. THOMPSON, No. 03-0364
 :

METHODIST HOSPITALS, INC., ET AL.
v. THOMPSON, No. 03-0391
 :

ST. VINCENT'S HOSPITAL &
MEDICAL CENTER OF NEW YORK v.
THOMPSON, No. 03-0392
 :

ST. VINCENT MEDICAL CENTER v.
THOMPSON, No. 03-0393
 :

ST. LUKE'S EPISCOPAL HOSPITAL v.
THOMPSON, No. 03-0394
 :

MEASE DUNEDIN HOSPITAL v.
THOMPSON, No. 03-0395
 :

MEDICAL CENTER AT BOWLING
GREEN v. THOMPSON, No. 03-0396
 :

BETHESDA MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0397
 :

6

SOUTH FLORIDA BAPTIST HOSPITAL
v. THOMPSON, No. 03-0398

METHODIST HOSPITALS, INC., ET AL.
v. THOMPSON, No. 03-0399

CAPE FEAR VALLEY MEDICAL
CENTER v. THOMPSON, No. 03-0400

ST. MARY'S MEDICAL CENTER v.
THOMPSON, No. 03-0401

HALIFAX MEDICAL CENTER v.
THOMPSON, No. 03-0403

SWEDISH AMERICAN HOSPITAL v.
THOMPSON, No. 03-0404

BRONX-LEBANON HOSPITAL
CENTER v. THOMPSON, No. 03-0405

BAPTIST HOSPITAL, ET AL. v.
THOMPSON, No. 03-0406

ANTELOPE VALLEY HOSPITAL, ET
AL. v. THOMPSON, No. 03-0407

SAINT JOSEPH HOSPITAL AUGUSTA
GEORGIA, INC. v. THOMPSON, No. 03-
0409

HIGHLAND HOSPITAL OF
ROCHESTER v. THOMPSON, No. 03-
0410

ANAHEIM MEMORIAL MEDICAL
CENTER v. THOMPSON, No. 03-0411

FRESNO COMMUNITY HOSPITAL &
MEDICAL CENTER v. THOMPSON, No.
03-0412

CHRISTUS HEALTH ARK-LA-TEX v.
THOMPSON, No. 03-0418

AURORA HEALTHCARE, INC., ET AL.
v. THOMPSON, No. 03-0419

7

ATHENS REGIONAL MEDICAL
CENTER, INC. v. THOMPSON, No. 03-
0420

JOHN DEMPSEY HOSPITAL v.
THOMPSON, No. 03-0422

ST. MARY'S REGIONAL MEDICAL
CENTER v. THOMPSON, No. 03-0423

OHIO STATE UNIVERSITY v.
THOMPSON, No. 03-0424

BAPTIST MEDICAL CENTER
PRINCETON v. THOMPSON, No. 03-
0425

MOUNT SINAI MEDICAL CENTER v.
THOMPSON, No. 03-0426

SISTERS OF CHARITY HOSPITAL v.
THOMPSON, No. 03-0428

CLARK MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0429

SHANDS JACKSONVILLE MEDICAL
CENTER, ET AL. v. THOMPSON, No.
03-0430

SAINT VINCENT'S CATHOLIC
MEDICAL CENTER OF BROOKLYN &
QUEENS, INC. v. THOMPSON, No. 03-
0436

UAB MEDICAL WEST v. THOMPSON,
No. 03-0437

AHS HOSPITAL CORP./GENERAL
HOSPITAL AT PASSAIC, ET AL. v.
THOMPSON, No. 03-0446

KINGSBROOK JEWISH MEDICAL
CENTER, ET AL. v. THOMPSON, No.
03-0447

BARNERT HOSPITAL, ET AL. v.
THOMPSON, No. 03-0448

8

ASHTABULA COUNTY MEDICAL
CENTER v. THOMPSON, No. 03-0449          :
                                        :
SAN JOAQUIN COMMUNITY                   :
HOSPITAL v. THOMPSON, No. 03-0450       :
                                        :
SPECTRUM HEALTH DOWNTOWN                :
CAMPUS v. THOMPSON, No. 03-0451         :
                                        :
NORTHEAST ALABAMA REGIONAL              :
MEDICAL CENTER v. THOMPSON, No.         :
03-0452                                 :
                                        :
LAWRENCE & MEMORIAL HOSPITAL            :
v. THOMPSON, No. 03-0453                :
                                        :
MOBIL INFIRMARY MEDICAL                 :
CENTER v. THOMPSON, No. 03-0454         :
                                        :
FRANCISCAN SKEMP MEDICAL                :
CENTER v. THOMPSON, No. 03-0455         :
                                        :
ST. JOSEPH HOSPITAL & HEALTH            :
CENTER v. THOMPSON, No. 03-0456         :
                                        :
OSTEOPATHIC MEDICAL CENTER OF           :
TEXAS v. THOMPSON, No. 03-0457          :
                                        :
NEW YORK HOSPITAL v. THOMPSON,          :
No. 03-0458                             :
                                        :
MIDDLE TENNESSEE MEDICAL                :
CENTER v. THOMPSON, No. 03-0459         :
                                        :
UNIVERSITY COMMUNITY                    :
HOSPITAL v. THOMPSON, No. 03-0468       :
                                        :
LICKING MEMORIAL HOSPITAL v.            :
THOMPSON, No. 03-0469                   :
                                        :
MERCY HOSPITAL OF BUFFALO v.            :
THOMPSON, No. 03-0470                   :
                                        :
WESTERN RESERVE CARE SYSTEM             :
v. THOMPSON, No. 03-0471                :
                                        :
COVENANT MEDICAL CENTER-                :
COOPER, ET AL. v. THOMPSON, No.         :
03-0472                                 :
                                        :
                                        :

9

LEESBURG REGIONAL MEDICAL      :
CENTER v. THOMPSON, No. 03-0473  :
                                :
DAVIS MEMORIAL HOSPITAL, INC. v. :
THOMPSON, 03-0474               :
                                :
UNIVERSITY OF SOUTH ALABAMA     :
MEDICAL CENTER v. THOMPSON, No. :
03-0475                         :
                                :
ST. MARY'S HOSPITAL v.          :
THOMPSON, No. 03-0476           :
                                :
NYU DOWNTOWN HOSPITAL v.        :
THOMPSON, No. 03-0478           :
                                :
PRESBYTERIAN HOSPITAL v.        :
THOMPSON, No. 03-0479           :
                                :
KING'S DAUGHTERS MEDICAL        :
CENTER v. THOMPSON, No. 03-0480  :
                                :
GOOD SAMARITAN HOSPITAL v.      :
THOMPSON, No. 03-0481           :
                                :
UMDNJ v. THOMPSON, No. 03-0482  :
                                :
ST. JOSEPH'S HOSPITAL v.        :
THOMPSON, No. 03-0483           :
                                :
LAKELAND REGIONAL MEDICAL       :
CENTER v. THOMPSON, No. 03-0484  :
                                :
ST. ANTHONY'S HOSPITAL v.       :
THOMPSON, No. 03-0485           :
                                :
MARY RUTAN HOSPITAL v.          :
THOMPSON, No. 03-0486           :
                                :
GREENVILLE HOSPITAL CENTER v.   :
THOMPSON, No. 03-0487           :
                                :
PRESBYTERIAN HOSPITAL v.        :
THOMPSON, No. 03-0488           :
                                :
UNIVERSITY HOSPITAL SUNY AT     :
STONY BROOK v. THOMPSON, No. 03- :
0489                            :
                                :

10

SENTARA NORFOLK GENERAL
HOSPITAL v. THOMPSON, No. 03-0490

SENTARA HAMPTON GENERAL
HOSPITAL v. THOMPSON, No. 03-0491

DEKALB MEDICAL CENTER, INC., ET
AL. v. THOMPSON, No. 03-0492

MILLARD FILLMORE HOSPITAL v.
THOMPSON, No. 03-0493

BAY HARBOR HOSPITAL, ET AL. v.
THOMPSON, No. 03-0494

GLENDALE ADVENTIST MEDICAL
CENTER v. THOMPSON, No. 03-0497

INOVA ALEXANDRIA HOSPITAL, ET
AL. v. THOMPSON, No. 03-0498

NORTH BROWARD HOSPITAL
DISTRICT v. THOMPSON, No. 03-0499

ALEGENT HEALTH, ET AL. v.
THOMPSON, No. 03-0500

ST. VINCENT'S CATHOLIC MEDICAL
CENTERS OF NEW YORK v.
THOMPSON, No. 03-0501

SOUTHSIDE HOSPITAL v.
THOMPSON, No. 03-0502

HAZARD ARH REGIONAL MEDICAL
CENTER v. THOMPSON, No. 03-0503

WOMEN'S CHRISTIAN ASSOCIATION
HOSPITAL v. THOMPSON, No. 03-0504

PALMETTO BAPTIST MEDICAL
CENTER v. THOMPSON, No. 03-0505

SHELBY BAPTIST MEDICAL CENTER
v. THOMPSON, No. 03-0506

ST. CATHERINE HOSPITAL, INC. v.
THOMPSON, No. 03-0507

11

MIAMI VALLEY HOSPITAL v.          :
THOMPSON, No. 03-0508             :
                                  :
SUN COAST HOSPITAL v.             :
THOMPSON, No. 03-0509             :
                                  :
ST. MARY'S MEDICAL CENTER v.      :
THOMPSON, No. 03-0510             :
                                  :
BRUNSWICK HOSPITAL CENTER,        :
INC. v. THOMPSON, No. 03-0511     :
                                  :
ALBANY MEDICAL CENTER             :
HOSPITAL v. THOMPSON, No. 03-0512 :
                                  :
TRINITY HEALTH MICHIGAN F/K/A     :
MERCY HEALTH SERVICES F/K/A       :
SISTERS OF MERCY HEALTH CORP.     :
D/B/A MERCY HOSPITAL DETROIT v.   :
THOMPSON, No. 03-0513             :
                                  :
WEST CALCASIEU-CAMERON            :
HOSPITAL v. THOMPSON, No. 03-0514 :
                                  :
BON SECOURS HEALTH SYSTEM         :
INC., ET AL. v. THOMPSON, No. 03- :
0516                              :
                                  :
HARTFORD HEALTHCARE D/B/A         :
HARTFORD HOSPITAL AND MID-        :
STATE MEDICAL CENTER v.           :
THOMPSON, No. 03-0517             :
                                  :
LAKELAND MEDICAL CENTER-          :
MERCY ST. JOSEPH AND LMC-NILES    :
v. THOMPSON, No. 03-0518          :
                                  :
ADVENTIST HEALTH SYSTEM, INC.     :
ET AL. v. THOMPSON, No. 03-0519   :
                                  :
ST. CLARE'S HOSPITAL OF           :
SCHENECTADY, NEW YORK v.          :
THOMPSON, No. 03-0521             :
                                  :
ST. VINCENT HOSPITAL & HEALTH     :
SERVICES v. THOMPSON, No. 03-0522 :

NEW YORK HOSPITAL MEDICAL
CENTER OF QUEENS v. THOMPSON,
No. 03-0523

:

GOOD SAMARITAN HOSPITAL v.
THOMPSON, No. 03-0525

:

NEW YORK METHODIST HOSPITAL
v. THOMPSON, No. 03-0526

:

SENTARA VIRGINIA BEACH
GENERAL HOSPITAL v. THOMPSON,
No. 03-0528

:

INGALLS MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0529

:

MOSES CONE HOSPITAL v.
THOMPSON, No. 03-0530

:

ST. FRANCIS HOSPITAL, ET AL. v.
THOMPSON, No. 03-0531

:

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ALABAMA D/B/A
UNIVERSITY OF ALABAMA
HOSPITAL, No. 03-0532

:

PROVIDENCE YAKIMA HOSPITAL,
ET AL. v. THOMPSON, No. 03-0533

:

PROVIDENCE ST. PETER HOSPITAL,
ET AL. v. THOMPSON, No. 03-0534

:

HARRISON MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0535

:

KADLEC MEDICAL CENTER v.
THOMPSON, No. 03-0536

:

NEW YORK WESTCHESTER SQUARE
MEDICAL CENTER v. THOMPSON, No.
03-0537

:

EMORY UNIVERSITY HOSPITAL v.
THOMPSON, No. 03-0538

:

13

_____

WISHARD HEALTH SERVICES v.        :
THOMPSON, No. 03-0539
                                  :

SOUND SHORE MEDICAL CENTER OF:
WESTCHESTER, ET AL. v.            :
THOMPSON, No. 03-0540
                                  :

ST. VINCENT'S MEDICAL CENTER v.   :
THOMPSON, No. 03-0541             :
                                  :

LONG BEACH MEDICAL CENTER v.      :
THOMPSON, No. 03-0542             :
                                  :

CABELL-HUNTINGTON HOSPITAL,       :
INC. v. THOMPSON, No. 03-0543     :
                                  :

SUBURBAN GENERAL HOSPITAL v.      :
THOMPSON, No. 03-0544             :
                                  :

PROVIDENCE HOSPITAL v.            :
THOMPSON, No. 03-0545             :
                                  :

ST. ALEXIUS MEDICAL CENTER v.     :
THOMPSON, No. 03-0546             :
                                  :

GASTON MEMORIAL HOSPITAL, ET      :
AL. v. THOMPSON, No. 03-0547      :
                                  :

CARILION MEDICAL CENTER v.        :
THOMPSON, No. 03-0548             :
                                  :

U.S. HEALTH OF SOUTHERN           :
OHIO/SOUTHERN OHIO MEDICAL        :
CENTER v. THOMPSON, No. 03-0549   :
                                  :

LINCOLN REGIONAL HOSPITAL v.      :
THOMPSON, No. 03-0550             :
                                  :

KAWEAH DELTA HEALTH CARE          :
DISTRICT v. THOMPSON, No. 03-0551 :
                                  :

COUNTY OF ERIE v. THOMPSON, No.   :
03-0552                           :
                                  :

ST. MARY'S MEDICAL CENTER v.      :
THOMPSON, No. 03-0553             :

14

---

CATHOLIC HEALTH PARTNER          :
SERVICES v. THOMPSON, No. 03-0554 :
                                 :
OSF HEALTHCARE SYSTEM, INC.,     :
D/B/A ST. MARY'S MEDICAL CENTER :
AND D/B/A ST. FRANCIS MEDICAL    :
CENTER v. THOMPSON, No. 03-0555  :
                                 :
NORTHERN HOSPITAL OF SURRY       :
COUNTY, ET AL v. THOMPSON, No.   :
03-0558                          :
                                 :
CASA GRANDE REGIONAL MEDICAL :
CENTER, ET AL. v. THOMPSON, No.  :
03-0559                          :
                                 :
ST. FRANCIS MEDICAL CENTER v.    :
THOMPSON, No. 03-0561            :
                                 :
HIGHLANDS REGIONAL MEDICAL       :
CENTER v. THOMPSON, No. 03-0562  :
                                 :
GATEWAY MEDICAL CENTER v.        :
THOMPSON, No. 03-0563            :
                                 :
MEMORIAL HOSPITAL OF SOUTH       :
BEND v. THOMPSON, No. 03-0565    :
                                 :
UNION HOSPITAL, INC. v.          :
THOMPSON, No. 03-0566            :
                                 :
ST. THOMAS HOSPITAL v.           :
THOMPSON, No. 03-0567            :
                                 :
BAYFRONT MEDICAL CENTER, INC.    :
v. THOMPSON, No. 03-0568         :
                                 :
EAST ALABAMA MEDICAL CENTER      :
v. THOMPSON, No. 03-0569         :
                                 :
BAPTIST HOSPITAL v. THOMPSON,    :
No. 03-0570                      :
                                 :
SPECTRUM HEATH-EAST CAMPUS v.    :
THOMPSON, No. 03-0571            :
                                 :
ELKHART GENERAL HOSPITAL v.      :
THOMPSON, No. 03-0572            :
                                 :

BLOOMINGTON HOSPITAL &amp;
HEALTH CARE SYSTEM v.
THOMPSON, No. 03-0573

BAY REGIONAL MEDICAL CENTER v.
THOMPSON, No. 03-0574

GLENS FALLS HOSPITAL v.
THOMPSON, No. 03-0575

KNAPP MEDICAL CENTER v.
THOMPSON, No. 03-0576

UNIVERSITY OF UTAH HOSPITAL v.
THOMPSON, No. 03-0577

OWENSBORO MERCY HEALTH
SYSTEM v. THOMPSON, No. 03-0578

BALL MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0579

VANDERBILT UNIVERSITY MEDICAL
CENTER v. THOMPSON, No. 03-0580

INTERFAITH MEDICAL CENTER v.
THOMPSON, No. 03-0581

CENTRAL BAPTIST HOSPITAL v.
THOMPSON, No. 03-0582

WUESTHOFF MEMORIAL HOSPITAL
v. THOMPSON, No. 03-0583

DEACONESS HOSPITAL, INC. v.
THOMPSON, No. 03-0584

MAIMONIDES MEDICAL CENTER v.
THOMPSON, No. 03-0585

SACRED HEART HOSPITAL v.
THOMPSON, No. 03-0586

PALMETTO HEALTH RICHLAND
MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0587

UNIVERSITY OF ILLINOIS MEDICAL
CENTER AT CHICAGO v. THOMPSON,
No. 03-0588

16

ANDERSON AREA MEDICAL CENTER
v. THOMPSON, No. 03-0589

UNIVERSITY COMMUNITY
HOSPITAL-CARROLLWOOD v.
THOMPSON, No. 03-0590

ST. ELIZABETH HOSPITAL v.
THOMPSON, No. 03-0591

ST. TAMMANY PARISH HOSPITAL
SERVICE DISTRICT NO. 2, D/B/A
SLIDELL MEMORIAL HOSPITAL, ET
AL. v. THOMPSON, No. 03-0592

ST. JOSEPH HEALTH SYSTEM AND
AFFILIATES v. THOMPSON, No. 03-
0593

BOONE HOSPITAL CENTER v.
THOMPSON, No. 03-1624

MERCY MEDICAL CENTER - SIOUX
CITY v. THOMPSON, No. 03-1625

BARNES-JEWISH HOSPITAL, ET AL.
v. THOMPSON, No. 03-1899

CLEVELAND CLINIC FOUNDATION,
ET AL. v. THOMPSON, No. 03-2013

SUTTER HEALTH SACRAMENTO
SIERRA, ET AL. v. THOMPSON, No. 03-
2204

COMMUNITY HOSPITAL, ET AL. v.
THOMPSON, No. 04-0504

LAKE HOSPITAL v. THOMPSON, No.
04-0871

UNIVERSITY HEALTH SERVICES,
INC. v. THOMPSON, No. 04-1400

DAMERON HOSPITAL ASSOCIATION
v. LEAVITT, No. 05-0646

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

COMMUNITY GENERAL HOSPITAL v. : 
LEAVITT, No. 06-0440                      :
                                         :
MEMORIAL HEALTH SYSTEM v.                :
LEAVITT, No. 06-0796                     :
                                         :
MIDDLESEX HOSPITAL v. LEAVITT,           :
No. 06-0797                              :
                                         :
PUBLIC HOSPITAL DISTRICT. No. 2.         :
SNOHOMISH COUNTY                         :
WASHINGTON, D/B/A STEVENS                :
HEALTHCARE v. LEAVITT, No. 06-           :
0798                                     :
                                         :
WEST CONTRA COSTA                        :
HEALTHCARE DISTRICT D/B/A                :
DOCTORS MEDICAL CENTER - SAN             :
PABLO/PINOLE v. LEAVITT, No. 06-         :
0799                                     :
                                         :
BAPTIST ST. ANTHONY'S HEALTH             :
SYSTEM v. LEAVITT, No. 06-0800           :
                                         :
FLETCHER ALLEN HEALTH CARE,              :
INC. v. LEAVITT, No. 06-0801             :
                                         :
ANNISTON H.M.A., INC. D/B/A              :
STRINGFELLOW MEMORIAL                    :
HOSPITAL, ET AL. v. LEAVITT, No. 06-     :
0804                                     :
                                         :
ST. VINCENT'S MEDICAL CENTER v.          :
LEAVITT, No. 06-0807                     :
                                         :
ST. AGNES MEDICAL CENTER, ET             :
AL. v. LEAVITT, No. 06-0820              :
                                         :
                                         :

## STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiffs in these consolidated cases hereby file this Stipulation of Dismissal.  Plaintiffs also state:

18

1.     The parties have resolved the following actions, and all claims pending therein, pursuant to a settlement agreement resolving these and other cases that became effective on March 11, 2008 (the "Settlement Agreement"):

| | |
|---|---|
| 1:02cv0601 | Baystate Health System, et al. v. Thompson |
| 1:02cv.0683 | Covenant Medical Center v. Thompson |
| 1:02cv1373 | Saint Luke's Hospital of Kansas City v. Thompson |
| 1:02cv1635 | St. Francis Medical Center v. Thompson |
| 1:02cv1731 | Brigham & Women's Hospital, et al. v. Thompson |
| 1:02cv1890 | Via Christi Regional Medical Center, Inc. v. Thompson |
| 1:02cv1891 | Saint Vincent Health Center v. Thompson |
| 1:02cv1892 | Johnson City Medical Center v. Thompson |
| 1:02cv1893 | St. John's Health System NE Community Hospital v. Thompson |
| 1:02cv1899 | Presbyterian Hospital v. Thompson |
| 1:02cv1900 | Forsyth Memorial Hospital, et al. v. Thompson |
| 1:02cv1901 | Naples Community Hospital v. Thompson |
| 1:02cv1902 | Virginia Mason Medical Center v. Thompson |
| 1:02cv1903 | Nebraska Health System, Inc. v. Thompson |
| 1:02cv1905 | The Waterbury Hospital v. Thompson |
| 1:02cv1907 | Avera McKennan Hospital v. Thompson |
| 1:02cv1908 | Rapid City Regional Hospital v. Thompson |
| 1:02cv1910 | University of Washington d/b/a Harborview Medical Center v. Thompson |
| 1:02cv1911 | Duke University Health System, Inc. v. Thompson |
| 1:02cv1912 | William Backus Hospital v. Thompson |

| | |
|---|---|
| 1:02cv1913 | Stamford Hospital v. Thompson |
| 1:02cv1914 | Danbury Hospital v. Thompson |
| 1:02cv1915 | New Britain General Hospital v. Thompson |
| 1:02cv1916 | Edward W. Sparrow Hospital v. Thompson |
| 1:02cv1918 | W.A. Foote Memorial Hospital v. Thompson |
| 1:02cv1920 | Valley Presbyterian Hospital v. Thompson |
| 1:02cv1921 | Denver General Hospital v. Thompson |
| 1:02cv1924 | Monongahela Valley Hospital v. Thompson |
| 1:02cv1926 | University of Kansas Hospital Authority v. Thompson |
| 1:02cv1927 | Glenwood Regional Medical Center v. Thompson |
| 1:02cv2350 | Meriter Hospital, Inc., et al. v. Thompson |
| 1:02cv2409 | Presbyterian Hospital of Dallas, et al. v. Thompson |
| 1:03cv0221 | Via Christi Regional Medical Center, Inc. v. Thompson |
| 1:03cv0245 | Saint Luke's Hospital of Kansas City v. Thompson |
| 1:03cv0267 | Sisters of St. Francis  Health Services, Inc. v. Thompson |
| 1:03cv0280 | Winter Haven Hospital v. Thompson |
| 1:03cv0297 | Salem Memorial Corporation v. Thompson |
| 1:03cv0298 | Baptist Memorial Hospital-Union City v. Thompson |
| 1:03cv0299 | Baptist St. Anthony Health System v. Thompson |
| 1:03cv0301 | Franklin Benevolent Corporation v. Thompson |
| 1:03cv0312 | Medical Center East, Inc. v. Thompson |
| 1:03cv0315 | Swedish Covenant Hospital v. Thompson |
| 1:03cv0316 | St. Joseph Regional Health Center v. Thompson |

1:03cv0317    Robert Wood Johnson University Hospital v. Thompson

1:03cv0318    St. Claire Medical Center v. Thompson

1:03cv0319    Columbus Regional Hospital v. Thompson

1:03cv0320    Somerset Hospital v. Thompson

1:03cv0322    Santa Barbara Cottage Hospital v. Thompson

1:03cv0323    Harrisburg Hospital, et al. v. Thompson

1:03cv0332    Clara Maass Medical Center v. Thompson

1:03cv0333    Cabrini Medical Center v. Thompson

1:03cv0334    United Health Services Hospitals, Inc. v. Thompson

1:03cv0335    Little Falls Hospital v. Thompson

1:03cv0336    Mercy Medical Center of Springfield v. Thompson

1:03cv0337    Medical College of Ohio Hospital v. Thompson

1:03cv0339    Jackson Hospital & Clinic, Inc. v. Thompson

1:03cv0340    Spartansburg Regional Medical Center v. Thompson

1:03cv0341    Yale-New Haven Hospital v. Thompson

1:03cv0342    Marietta Memorial Hospital v. Thompson

1:03cv0343    Bridgeport Hospital v. Thompson

1:03cv0345    University of Colorado Hospital v. Thompson

1:03cv0346    Hospital for Joint Diseases Orthopedic Institute v. Thompson

1:03cv0347    Lennox Hill Hospital v. Thompson

1:03cv0348    Alliance Community Hospital v. Thompson

1:03cv0349    Robinson Memorial Hospital v. Thompson

1:03cv0350    St. Rita's Medical Center v. Thompson

1:03cv0351    H. Lee Moffitt Cancer Center v. Thompson

1:03cv0352    Jefferson Memorial Hospital v. Thompson

1:03cv0354    Covenant Health System/Methodist Hospital v. Thompson

1:03cv0355    Methodist Hospital of Southern California, Inc. v. Thompson

1:03cv0356    St. Vincent Hospital v. Thompson

1:03cv0358    St. Dominic-Jackson Memorial Hospital, Inc. v. Thompson

1:03cv0359    Delta Regional Medical Center, et al. v. Thompson

1:03cv0363    Provena United Samaritans Hospital, et al. v. Thompson

1:03cv0364    St. Johns Hospital & Medical Center v. Thompson

1:03cv0391    Methodist Hospitals, Inc., et al. v. Thompson

1:03cv0392    St. Vincent's Hospital & Medical Center of New York v.
              Thompson

1:03cv0393    St. Vincent Medical Center v. Thompson

1:03cv0394    St. Luke's Episcopal Hospital v. Thompson

1:03cv0395    Mease Dunedin Hospital v. Thompson

1:03cv0396    Medical Center at Bowling Green v. Thompson

1:03cv0397    Bethesda Memorial Hospital v. Thompson

1:03cv0398    South Florida Baptist Hospital v. Thompson

1:03cv0399    Methodist Hospitals, Inc., et al. v. Thompson

1:03cv0400    Cape Fear Valley Medical Center v. Thompson

1:03cv0401    St. Mary's Medical Center v. Thompson

1:03cv0403    Halifax Medical Center v. Thompson

1:03cv0404    Swedish American Hospital v. Thompson

1:03cv0405    Bronx-Lebanon Hospital Center v. Thompson

| | |
|---|---|
| 1:03cv0406 | Baptist Hospital, et al. v. Thompson |
| 1:03cv0407 | Antelope Valley Hospital, et al. v. Thompson |
| 1:03cv0409 | Saint Joseph Hospital Augusta Georgia, Inc. v. Thompson |
| 1:03cv0410 | Highland Hospital of Rochester v. Thompson |
| 1:03cv0411 | Anaheim Memorial Medical Center v. Thompson |
| 1:03cv0412 | Fresno Community Hospital & Medical Center v. Thompson |
| 1:03cv0418 | Christus Health Ark-La-Tex v. Thompson |
| 1:03cv0419 | Aurora Healthcare, Inc., et al. v. Thompson |
| 1:03cv0420 | Athens Regional Medical Center, Inc. v. Thompson |
| 1:03cv0422 | John Dempsey Hospital v. Thompson |
| 1:03cv0423 | St. Mary's Regional Medical Center v. Thompson |
| 1:03cv0424 | Ohio State University Hospital v. Thompson |
| 1:03cv0425 | Baptist Medical Center Princeton v. Thompson |
| 1:03cv0426 | Mount Sinai Medical Center v. Thompson |
| 1:03cv0428 | Sisters of Charity Hospital v. Thompson |
| 1:03cv0429 | Clark Memorial Hospital v. Thompson |
| 1:03cv0430 | Shands Jacksonville Medical Center, et al. v. Thompson |
| 1:03cv0436 | Saint Vincent's Catholic Medical Center of Brooklyn & Queens, Inc. v. Thompson |
| 1:03cv0437 | UAB Medical West v. Thompson |
| 1:03cv0446 | AHS Hospital Corp./General Hospital at Passaic, et al. v. Thompson |
| 1:03cv0447 | Kingsbrook Jewish Medical Center, et al. v. Thompson |
| 1:03cv0448 | Barnert Hospital, et al. v. Thompson |

| | |
|---|---|
| 1:03cv0449 | Ashtabula County Medical Center v. Thompson |
| 1:03cv0450 | San Joaquin Community Hospital v. Thompson |
| 1:03cv0451 | Spectrum Health Downtown Campus v. Thompson |
| 1:03cv0452 | Northeast Alabama Regional Medical Center v. Thompson |
| 1:03cv0453 | Lawrence & Memorial Hospital v. Thompson |
| 1:03cv0454 | Mobil Infirmary Medical Center v. Thompson |
| 1:03cv0455 | Franciscan Skemp Medical Center v. Thompson |
| 1:03cv0456 | St. Joseph Hospital & Health Center v. Thompson |
| 1:03cv0457 | Osteopathic Medical Center of Texas v. Thompson |
| 1:03cv0458 | New York Hospital v. Thompson |
| 1:03cv0459 | Middle Tennessee Medical Center v. Thompson |
| 1:03cv0468 | University Community Hospital v. Thompson |
| 1:03cv0469 | Licking Memorial Hospital v. Thompson |
| 1:03cv0470 | Mercy Hospital of Buffalo v. Thompson |
| 1:03cv0471 | Western Reserve Care System v. Thompson |
| 1:03cv0472 | Covenant Medical Center-Cooper, et al. v. Thompson |
| 1:03cv0473 | Leesburg Regional Medical Center v. Thompson |
| 1:03cv0474 | Davis Memorial Hospital, Inc. v. Thompson |
| 1:03cv0475 | University of South Alabama Medical Center v. Thompson |
| 1:03cv0476 | St. Mary's Hospital v. Thompson |
| 1:03cv0478 | NYU Downtown Hospital v. Thompson |
| 1:03cv0479 | Presbyterian Hospital v. Thompson |
| 1:03cv0480 | King's Daughters Medical Center v. Thompson |
| 1:03cv0481 | Good Samaritan Hospital v. Thompson |

1:03cv0482    UMDNJ v. Thompson

1:03cv0483    St. Joseph's Hospital v. Thompson

1:03cv0484    Lakeland Regional Medical Center v. Thompson

1:03cv0485    St. Anthony's Hospital v. Thompson

1:03cv0486    Mary Rutan Hospital v. Thompson

1:03cv0487    Greenville Hospital Center v. Thompson

1:03cv0488    Presbyterian Hospital v. Thompson

1:03cv0489    University Hospital SUNY at Stony Brook v. Thompson

1:03cv0490    Sentara Norfolk General Hospital v. Thompson

1:03cv0491    Sentara Hampton General Hospital v. Thompson

1:03cv0492    Dekalb Medical Center, Inc., et al. v. Thompson

1:03cv0493    Millard Fillmore Hospital v. Thompson

1:03cv0494    Bay Harbor Hospital, et al. v. Thompson

1:03cv0497    Glendale Adventist Hospital v. Thompson

1:03cv0498    Inova Alexandria Hospital, et al. v. Thompson

1:03cv0499    North Broward Hospital District v. Thompson

1:03cv0500    Alegent Health, et al. v. Thompson

1:03cv0501    St. Vincent's Catholic Medical Centers of New York v. Thompson

1:03cv0502    Southside Hospital v. Thompson

1:03cv0503    Hazard ARH Regional Medical Center v. Thompson

1:03cv0504    Women's Christian Association Hospital v. Thompson

1:03cv0505    Palmetto Baptist Medical Center v. Thompson

1:03cv0506    Shelby Baptist Medical Center v. Thompson

| 1:03cv0507 | St. Catherine Hospital, Inc. v. Thompson |
| 1:03cv0508 | Miami Valley Hospital v. Thompson |
| 1:03cv0509 | Sun Coast Hospital v. Thompson |
| 1:03cv0510 | St. Mary's Medical Center v. Thompson |
| 1:03cv0511 | Brunswick Hospital Center, Inc. v. Thompson |
| 1:03cv0512 | Albany Medical Center Hospital v. Thompson |
| 1:03cv0513 | Trinity Health Michigan f/k/a Mercy Health Services f/k/a Sisters of Mercy Health Corporation d/b/a Mercy Hospital Detroit v. Thompson |
| 1:03cv0514 | West Calcasieu-Cameron Hospital |
| 1:03cv0516 | Bon Secours Health System, Inc., et al. v. Thompson |
| 1:03cv0517 | Hartford Healthcare d/b/a Hartford Hospital and Mid-State Medical Center , et al. v. Thompson |
| 1:03cv0518 | Lakeland Medical Center-Mercy St. Joseph and LMC Niles v. Thompson |
| 1:03cv0519 | Adventist Health System, Inc., et al. v. Thompson |
| 1:03cv0521 | St. Clare's Hospital of Schenectady, New York v. Thompson |
| 1:03cv0522 | St. Vincent Hospital & Health Services v. Thompson |
| 1:03cv0523 | New York Hospital Medical Center of Queens v. Thompson |
| 1:03cv0525 | Good Samaritan Hospital v. Thompson |
| 1:03cv0526 | New York Methodist Hospital v. Thompson |
| 1:03cv0528 | Sentara Virginia Beach General Hospital v. Thompson |
| 1:03cv0529 | Ingalls Memorial Hospital v. Thompson |
| 1:03cv0530 | Moses Cone Hospital v. Thompson |
| 1:03cv0531 | St. Francis Hospital, et al. v. Thompson |

1:03cv0532    Board of Trustees of the University of Alabama d/b/a University of
              Alabama Hospital v. Thompson

1:03cv0533    Providence Yakima Hospital, et al. v. Thompson

1:03cv0534    Providence St. Peter Hospital et al. v. Thompson

1:03cv0535    Harrison Memorial Hospital v. Thompson

1:03cv0536    Kadlec Medical Center v. Thompson

1:03cv0537    New York Westchester Square Medical Center v. Thompson

1:03cv0538    Emory University Hospital v. Thompson

1:03cv0539    Wishard Health Services v. Thompson

1:03cv0540    Sound Shore Medical Center of Westchester, et al. v. Thompson

1:03cv0541    St. Vincent's Medical Center v. Thompson

1:03cv0542    Long Beach Medical Center v. Thompson

1:03cv0543    Cabell-Huntington Hospital, Inc. v. Thompson

1:03cv0544    Suburban General Hospital v. Thompson

1:03cv0545    Providence Hospital v. Thompson

1:03cv0546    St. Alexius Medical Center v. Thompson

1:03cv0547    Gaston Memorial Hospital, et al. v. Thompson

1:03cv0548    Carilion Medical Center, et al. v. Thompson

1:03cv0549    U.S. Health of Southern Ohio/Southern Ohio Medical Center v.
              Thompson

1:03cv0550    Lincoln Regional Hospital v. Thompson

1:03cv0551    Kaweah Delta Health Care District v. Thompson

1:03cv0552    County of Erie v. Thompson

1:03cv0553    St. Mary's Medical Center v. Thompson

1:03cv0554    Catholic Health Partner Services v. Thompson

1:03cv0555    OSF Healthcare System, Inc. d/b/a St. Mary's Medical Center and d/b/a St. Francis Medical Center v. Thompson

1:03cv0558    Northern Hospital of Surry County, et al. v. Thompson

1:03cv0559    Casa Grande Regional Medical Center, et al. v. Thompson

1:03cv0561    St. Francis Medical Center v. Thompson

1:03cv0562    Highlands Regional Medical Center v. Thompson

1:03cv0563    Gateway Medical Center v. Thompson

1:03cv0565    Memorial Hospital of South Bend v. Thompson

1:03cv0566    Union Hospital, Inc. v. Thompson

1:03cv0567    St. Thomas Hospital v. Thompson

1:03cv0568    Bayfront Medical Center, Inc. v. Thompson

1:03cv0569    East Alabama Medical Center v. Thompson

1:03cv0570    Baptist Hospital v. Thompson

1:03cv0571    Spectrum Health-East Campus v. Thompson

1:03cv0572    Elkhart General Hospital v. Thompson

1:03cv0573    Bloomington Hospital & Health Care System v. Thompson

1:03cv0574    Bay Regional Medical Center v. Thompson

1:03cv0575    Glens Falls Hospital v. Thompson

1:03cv0576    Knapp Medical Center v. Thompson

1:03cv0577    University of Utah Hospital v. Thompson

1:03cv0578    Owensboro Mercy Health System v. Thompson

1:03cv0579    Ball Memorial Hospital, Inc. v. Thompson

1:03cv0580    Vanderbilt University Medical Center v. Thompson

1:03cv0581    Interfaith Medical Center v. Thompson

1:03cv0582    Central Baptist Hospital v. Thompson

1:03cv0583    Wuesthoff Memorial Hospital v. Thompson

1:03cv0584    Deaconess Hospital, Inc. v. Thompson

1:03cv0585    Maimonides Medical Center v. Thompson

1:03cv0586    Sacred Heart Hospital v. Thompson

1:03cv0587    Palmetto Health Richland Memorial Hospital v. Thompson

1:03cv0588    University of Illinois Medical Center at Chicago v. Thompson

1:03cv0589    Anderson Area Medical Center v. Thompson

1:03cv0590    University Community Hospital-Carrollwood v. Thompson

1:03cv0591    St. Elizabeth Hospital v. Thompson

1:03cv0592    St. Tammany Parish Hospital Service District No. 2 d/b/a Slidell
              Memorial Hospital, et al. v. Thompson

1:03cv0593    St. Joseph Health System and Affiliates v. Thompson

1:03cv1624    Boone Hospital Center v. Thompson

1:03cv1625    Mercy Medical Center-Sioux City v. Thompson

1:03cv1899    Barnes-Jewish Hospital, et al. v. Thompson

1:03cv2013    Cleveland Clinic Foundation, et al. v. Thompson

1:03cv2204    Sutter Health Sacramento Sierra, et al. v. Thompson

1:04cv0504    Community Hospital, et al. v. Thompson

1:04cv0871    Lake Hospital v. Thompson

1:04cv1400    University Health Services, Inc. v. Thompson

1:05cv0646    Dameron Hospital Association v. Leavitt

1:06cv0440    Community General Hospital v. Leavitt

| | |
|---|---|
| 1:06cv0796 | Memorial Health System v. Leavitt |
| 1:06cv0797 | Middlesex Hospital v. Leavitt |
| 1:06cv0798 | Public Hospital District. No. 2. Snohomish County Washington, d/b/a Stevens Healthcare v. Leavitt |
| 1:06cv0799 | West Contra Costa Healthcare District d/b/a Doctors Medical Center - San Pablo/Pinole v. Leavitt |
| 1:06cv0800 | Baptist St. Anthony's Health System v. Leavitt |
| 1:06cv0801 | Fletcher Allen Health Care, Inc. v. Leavitt |
| 1:06cv0804 | Anniston H.M.A., Inc. d/b/a Stringfellow Memorial Hospital, et al. v. Leavitt |
| 1:06cv0807 | St. Vincent's Medical Center v. Leavitt |

2.     For the following cases, except for EBUDs claims (as defined in Paragraph 3 of the Settlement Agreement) relating to the provider cost reporting periods noted below, all other claims pending (as defined in Paragraph 12 of the Settlement Agreement) in such actions are hereby dismissed with prejudice in accordance with the Settlement Agreement:

1:02cv1919    Baptist Memorial Hospital v. Thompson (Baptist Memorial Hospital (PN 44-0048); FYE 9/30/1991).

1:06cv0820    Saint Agnes Medical Center v. Leavitt (Saint Agnes Medical Center (PN 05-0093); FYE 5/31/1990).

3.     The following case and provider cost reporting period are not part of this Stipulation of Settlement and Dismissal and remain pending before the Court:

1:03cv0477    Rogue Valley Medical Center v. Thompson (Rogue Valley Medical Center (PN 38-0018); FYE 9/30/95).

4.     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), claims in these cases

30

may be dismissed voluntarily by filing a stipulation of dismissal signed by all the parties.

      5.      This Stipulation is signed by all the parties to these lawsuits.

      6.      Except as set forth in Paragraphs 2 and 3, above, this Stipulation hereby dismisses all cases in this consolidated litigation (and all claims pending therein) in their entirety and with prejudice.

      7.      All parties shall bear their own costs and attorneys' fees.

      8.      Pursuant to the Settlement Agreement, the Court retains jurisdiction over all disputes arising out of or relating to the Settlement Agreement, including but not limited to any action to enforce the terms of the Settlement Agreement.

DATED:  March 12, 2008


/s/ Peter M. Bryce_____

PETER M. BRYCE
Trial Attorney
United States Department of Justice
Civil Division, Rm. 7308
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone: (202) 616-8335
Fax: (202) 616-8470

Counsel for Defendant

FOR:   PLAINTIFF HOSPITALS

/s/ John R. Jacob_____

John R. Jacob
(D.C. Bar No. 444412)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4582
Fax: (202) 955-7648

Counsel for all Plaintiffs in Case Nos. 03-0267 (PLF) (D.D.C.), 03-0332 (PLF) (D.D.C.), 03-0333 (PLF) (D.D.C.), 03-0334 (PLF) (D.D.C.), 03-0335 (PLF) (D.D.C.), 03-0405 (PLF) (D.D.C.), 03-0406 (PLF) (D.D.C.), 03-0407 (PLF) (D.D.C.), 03-0409 (PLF) (D.D.C.), 03-0410 (PLF) (D.D.C.), 03-0411 (PLF) (D.D.C.), 03-0412 (PLF) (D.D.C.), 03-0537 (PLF) (D.D.C.), 03-0538 (PLF) (D.D.C.), 03-0539 (PLF) (D.D.C.), 03-0540 (PLF) (D.D.C.), 03-0541 (PLF) (D.D.C.), 03-0542 (PLF) (D.D.C.), 03-0551 (PLF) (D.D.C.), 03-0552 (PLF) (D.D.C.), 03-0553 (PLF) (D.D.C.), 03-0554 (PLF) (D.D.C.), 03-2204 (PLF) (D.D.C.), and 05-0646 (PLF) (D.D.C.)

March 12, 2008_____
DATE

/s/ Leslie Alderman III_____

Leslie Alderman III
(D.C. Bar No. 477750)
Erling Hansen
(D.C. Bar No. 192708)
ALDERMAN DEVORSETZ & HORA, PLLC
1025 Connecticut Avenue, N.W.
Suite 615
Washington, D.C. 20036
Telephone: (202) 969-8220
Fax: (202) 969-8224

Counsel for all Plaintiffs in Case Nos. 03-0312 (PLF)(D.D.C.), 03-0354 (PLF) (D.D.C.), 03-0355 (PLF) (D.D.C.), 03-0356 (PLF) (D.D.C.), 03-0473 (PLF) (D.D.C.), 03-474 (PLF) (D.D.C.), 03-0475 (PLF) (D.D.C.), 03-0476 (PLF) (D.D.C.), 03-0478 (PLF) (D.D.C.), 03-0479 (PLF) (D.D.C.), 03-0480 (PLF) (D.D.C.), 03-0543 (PLF) (D.D.C.), 03-0544 (PLF) (D.D.C.), 03-0545 (PLF) (D.D.C.), 03-0546 (PLF) (D.D.C.), 03-0591 (PLF) (D.D.C.), 03-1624 (PLF) (D.D.C.), 03-1625 (PLF) (D.D.C.), 06-0796 (PLF) (D.D.C.), 06-0797 (PLF) (D.D.C.), 06-0798 (PLF) (D.D.C.), 06-0799 (PLF) (D.D.C.), 06-0800 (PLF) (D.D.C.), 06-0801 (PLF) (D.D.C.), 06-0804 (PLF) (D.D.C.), and 06-0807 (PLF) (D.D.C.)

March 12, 2008_____
DATE

/s/ Edward D. Kalman_____

Edward D. Kalman
(D.C. Bar No. 485092)
BEHAR & KALMAN
6 Beacon Street
Boston, MA 02108
Tel: 617-227-7660
Fax: 617-227-4208

Counsel for all Plaintiffs in Case No. 1:02cv01731 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Sanford E. Pitler_____

Sanford E. Pitler
(Washington State Bar No. 16567)
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101-1397
Telephone: (206) 622-5511
Fax: (206) 622-8986

Counsel for all Plaintiffs in Case No. 1:03CV00592 (PLF) (D.D.C)


March 12, 2008_____
DATE

/s/ Robert L. Roth_____

Robert L. Roth
(D.C. Bar No. 441803)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 624-2870
Fax: (202) 628-5116

Counsel for all Plaintiffs in Case Nos. 02-0683 (PLF) (D.D.C.), 02-1899 (PLF) (D.D.C.), 02-1900 (PLF) (D.D.C.), 02-1901 (PLF) (D.D.C.), 02-1902 (PLF) (D.D.C.), 02-1903 (PLF) (D.D.C.), 02-1910 (PLF) (D.D.C.), 02-1911 (PLF) (D.D.C.), 02-1912 (PLF) (D.D.C.), 02-1913 (PLF) (D.D.C.), 02-1914 (PLF) (D.D.C.), 02-1915 (PLF) (D.D.C.), 03-0511 (PLF) (D.D.C.), 03-0512 (PLF) (D.D.C.), 03-0513 (PLF) (D.D.C.), 03-0514 (PLF) (D.D.C.), 03-0516 (PLF) (D.D.C.), 03-0517 (PLF) (D.D.C.), 03-0518 (PLF) (D.D.C.), 03-0519 (PLF) (D.D.C.), 03-0521 (PLF) (D.D.C.), 03-0525 (PLF) (D.D.C.), 03-0529 (PLF) (D.D.C.), 03-0530 (PLF) (D.D.C.), 03-0531 (PLF) (D.D.C.), 03-0532 (PLF) (D.D.C.), 03-0533 (PLF) (D.D.C.), 03-0534 (PLF) (D.D.C.), 03-0535 (PLF) (D.D.C.), 03-0536 (PLF) (D.D.C.), 03-0547 (PLF) (D.D.C.), 03-0549 (PLF) (D.D.C.), 03-0555 (PLF) (D.D.C.), and 06-0440 (PLF) (D.D.C.)

March 12, 2008_____
DATE

/s/ Christopher L. Crosswhite_____

Christopher L. Crosswhite
(D.C. Bar No. 450927)
DUANE MORRIS LLP
505 9th Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 776 7846
Fax: (202) 776 7801

Counsel for all Plaintiffs in Case Nos. 03-0493 (PLF) (D.D.C.), 03-0494 (PLF) (D.D.C.), 03-0497 (PLF) (D.D.C.), and 03-0593 (PLF) (D.D.C.).

March 12, 2008_____
DATE

/s/ Roy W. Breitenbach_____

Roy W. Breitenbach
Admitted Pro Hac Vice
GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
(516) 466-5964


Counsel for all Plaintiffs in Case Nos. 03-0392-PLF (D.D.C.), 03-0436-PLF (D.D.C.), and 03-0501-PLF (D.D.C.).




March 12, 2008_____
DATE

/s/ Kenneth R. Marcus

Kenneth R. Marcus
(D.C. Bar No. MI 0016)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI. 48226
Telephone: (313) 465 7470
Fax: (313) 465 7471

Counsel for all Plaintiffs in Case Nos., 02-1373 (PLF) (D.D.C.), 02-1890 (PLF) (D.D.C.), 02-1891 (PLF) (D.D.C.), 02-1892 (PLF) (D.D.C.), 02-1893 (PLF) (D.D.C.), 02-1907 (PLF) (D.D.C.), 02-1908 (PLF) (D.D.C.), 02-1916 (PLF) (D.D.C.), 02-1918 (PLF) (D.D.C.), 02-1919 (PLF) (D.D.C.), 02-1920 (PLF) (D.D.C.), 02-1921 (PLF) (D.D.C.), 02-1924 (PLF) (D.D.C.), 02-1926 (PLF) (D.D.C.), 02-1927 (PLF) (D.D.C.), 02-2409 (PLF) (D.D.C.), 03-0221 (PLF) (D.D.C.), 03-0245 (PLF) (D.D.C.), 03-0280 (PLF) (D.D.C.), 03-0298 (PLF) (D.D.C.), 03-0299 (PLF) (D.D.C.), 03-0301 (PLF) (D.D.C.), 03-0322 (PLF) (D.D.C.), 03-0323 (PLF) (D.D.C.), 03-0363 (PLF) (D.D.C.), 03-0364 (PLF) (D.D.C.), and 03-0457 (PLF) (D.D.C.).

March 12, 2008
DATE

/s/ Arthur S. Garrett III_____

Arthur S. Garrett III
(D.C. Bar No. 428190)
KELLER AND HECKMAN LLP
1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
Telephone:  (202) 434-4248
Fax:  (202) 434-4646


March 12, 2008_____
DATE

OF COUNSEL:




/s/ Daniel F. Miller_____

Daniel F. Miller
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI  53202
Tel:  (414) 978-5504
Fax: (414) 223-5000

Counsel for all Plaintiffs in Case No. 02-2350 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Thomas W. Coons_____

Thomas W. Coons
(D.C. Bar No. 935353)
OBER, KALER, GRIMES & SHRIVER,
A Professional Corporation
120 East Baltimore Street
Baltimore, MD   21202-1643
Telephone: (410) 347 7389
Fax: (410) 547 0699

Counsel for all Plaintiffs in Case Nos. 1:02-CV-01635 (PLF) (D.D.C.), 1:03-CV-00437 (PLF)
(D.D.C.), 1:03-CV-00446 (PLF) (D.D.C.), 1:03-CV-00447 (PLF) (D.D.C.), and 1:03-CV-00448
(PLF) (D.D.C.).


March 12, 2008_____
DATE

/s/ J. Frank W. Trapp

J. Frank W. Trapp, Esq. (D.C. Bar No. 316729)
PHELPS DUNBAR LLP
111 East Capitol Street, Suite 600
Jackson, MS  39201
Post Office Box 23066
Jackson, MS 39225-3066
Telephone:     601-352-2300
Telecopier:    601-360-9777


Counsel for all Plaintiffs in Case Nos. 03-0358 (PLF) (D.D.C.) and 03-0359 (PLF) (D.D.C.)


March 12, 2008
DATE

/s/ Barbara Straub Williams_____

Barbara Straub Williams
(D.C. Bar No. 396582)
POWERS PYLES SUTTER & VERVILLE, P.C.
1501 M Street, N.W.
7th Floor
Washington, D.C. 20005
Tel: (202) 872-6733
Fax: (202) 785-1756


March 12, 2008_____
DATE



/s/ Mary Susan Philp_____

Mary Susan Philp
(D.C. Bar No. 295287)
POWERS PYLES SUTTER & VERVILLE, P.C.
1501 M Street, N.W.
7th Floor
Washington, D.C. 20005
Tel: (202) 872-6735
Fax: (202) 785-1756

Counsel for all Plaintiffs in Case Nos. 03CV00498 (PLF) (D.D.C.) and 03CV00499 (PLF)
(D.D.C.)



March 12, 2008_____
DATE

/s/ Melody A. Emmert_____

Melody A. Emmert
QUARLES & BRADY, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004-2391
Tel.  602 229-5315
Fax:  602 229-5690

Counsel for all Plaintiffs in Case No. 1:03CV00559 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Jacqueline E. Bennett

Jacqueline E. Bennett
DC Bar #474355
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 Facsimile
JBennett@ReedSmith.com

Murray J. Klein
DC Bar #492415
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ  08540
(609) 987-0050

Counsel for all Plaintiffs in Case Nos. 03-0297 (PLF) (D.D.C.); 03-0315 (PLF) (D.D.C.); 03-
0316 (PLF) (D.D.C.); 03-0317 (PLF) (D.D.C.); 03-0318 (PLF) (D.D.C.); 03-0319 (PLF)
(D.D.C.); 03-0320 (PLF) (D.D.C.); 03-0336 (PLF) (D.D.C.); 03-0337 (PLF) (D.D.C.); 03-0339
(PLF) (D.D.C.); 03-0340 (PLF) (D.D.C.); 03-0341 (PLF) (D.D.C.); 03-0342 (PLF) (D.D.C.); 03-
0343 (PLF) (D.D.C.); 03-0345 (PLF) (D.D.C.); 03-0346 (PLF) (D.D.C.); 03-0347 (PLF )
(D.D.C.); 03-0348 (PLF) (D.D.C.); 03-0349 (PLF) (D.D.C.); 03-0350 (PLF) (D.D.C.); 03-0351
(PLF) (D.D.C.); 03-0352 (PLF) (D.D.C.); 03-0391 (PLF) (D.D.C.); 03-0393 (PLF) (D.D.C.); 03-
0394 (PLF) (D.D.C.); 03-0395 (PLF) (D.D.C.); 03-0396 (PLF) (D.D.C.); 03-0397 (PLF)
(D.D.C.); 03-0398 (PLF) (D.D.C.); 03-0399 (PLF) (D.D.C.); 03-0400 (PLF) (D.D.C.); 03-0401
(PLF) (D.D.C.); 03-0403 (PLF) (D.D.C.); 03-0404 (PLF) (D.D.C.); 03-0422 (PLF) (D.D.C.); 03-
0423 (PLF) (D.D.C.); 03-0424 (PLF) (D.D.C.); 03-0425 (PLF) (D.D.C.); 03-0426 (PLF)
(D.D.C.); 03-0428 (PLF) (D.D.C.); 03-0429 (PLF) (D.D.C.); 03-0430 (PLF) (D.D.C.); 03-0449
(PLF) (D.D.C.); 03-0450 (PLF) (D.D.C.); 03-0451 (PLF) (D.D.C.); 03-0452 (PLF) (D.D.C.); 03-

0453 (PLF) (D.D.C.); 03-0454 (PLF) (D.D.C.); 03-0455 (PLF) (D.D.C.); 03-0456 (PLF) (D.D.C.); 03-0458 (PLF) (D.D.C.); 03-0459 (PLF) (D.D.C.); 03-0468 (PLF) (D.D.C.); 03-0469 (PLF) (D.D.C.); 03-0470 (PLF) (D.D.C.); 03-0471 (PLF) (D.D.C.); 03-0472 (PLF) (D.D.C.); 03-0481 (PLF) (D.D.C.); 03-0482 (PLF) (D.D.C.); 03-0483 (PLF) (D.D.C.); 03-0484 (PLF) (D.D.C.); 03-0485 (PLF) (D.D.C.); 03-0486 (PLF) (D.D.C.); 03-0487 (PLF) (D.D.C.); 03-0488 (PLF) (D.D.C.); 03-0489 (PLF) (D.D.C.); 03-0490 (PLF) (D.D.C.); 03-0491 (PLF) (D.D.C.); 03-0502 (PLF) (D.D.C.); 03-0503 (PLF) (D.D.C.); 03-0504 (PLF) (D.D.C.); 03-0505 (PLF) (D.D.C.); 03-0506 (PLF) (D.D.C.); 03-0507 (PLF) (D.D.C.); 03-0508 (PLF) (D.D.C.); 03-0509 (PLF) (D.D.C.); 03-0510 (PLF) (D.D.C.); 03-0522 (PLF) (D.D.C.); 03-0523 (PLF) (D.D.C.); 03-0526 (PLF) (D.D.C.); 03-0528 (PLF) (D.D.C.); 03-0548 (PLF) (D.D.C.); 03-0561 (PLF) (D.D.C.); 03-0562 (PLF) (D.D.C.); 03-0563 (PLF) (D.D.C.); 03-0565 (PLF) (D.D.C.); 03-0566 (PLF) (D.D.C.); 03-0567 (PLF) (D.D.C.); 03-0568 (PLF) (D.D.C.); 03-0569 (PLF) (D.D.C.); 03-0570 (PLF) (D.D.C.); 03-0571 (PLF) (D.D.C.); 03-0572 (PLF) (D.D.C.); 03-0573 (PLF) (D.D.C.); 03-0574 (PLF)  (D.D.C.); 03-0575 (PLF) (D.D.C.); 03-0576 (PLF) (D.D.C.); 03-0577 (PLF) (D.D.C.); 03-0578 (PLF) (D.D.C.); 03-0579 (PLF) (D.D.C.); 03-0580 (PLF) (D.D.C.); 03-0581 (PLF) (D.D.C.); 03-0582 (PLF) (D.D.C.); 03-0583 (PLF) (D.D.C.); 03-0584 (PLF) (D.D.C.); 03-0585 (PLF) (D.D.C.); 03-0586 (PLF) (D.D.C.); 03-0587 (PLF) (D.D.C.); 03-0588 (PLF) (D.D.C.); 03-0589 (PLF) (D.D.C.); 03-0590 (PLF) (D.D.C.); 03-1899 (PLF) (D.D.C.); 03-2013 (PLF) (D.D.C.); 04-0504 (PLF) (D.D.C.), and 04-0871 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Oliver Garcia_____

Oliver Garcia
(D.C. Bar No. 456600)
THE AEGIS LAW GROUP
901 F Street, N.W. Suite 500
Washington, DC 2004
Telephone: (202) 737-3500
Fax: (202) 737-3330

March 12, 2008_____
DATE

/s/ Glenn P. Hendrix_____
Glenn P. Hendrix
(Georgia Bar No. 346590)
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363-1031
Telephone: (404) 873 8692
Fax: (404) 873-8693

March 12, 2008_____
DATE

Counsel for all Plaintiffs in Case No. 1:04-CV-01400-PLF (D.D.C.)

47

/s/ William H. Stiles_____

William H. Stiles (admitted pro hac vice)
James T. Kilbreth (D.C. Bar No. Bar # D00178)
VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME  04112-0586
Telephone: (207) 774-4000
Fax: (207) 774-7499

Counsel for all Plaintiffs in Case No. 02-1905 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Christopher L. Keough_____

Christopher L. Keough
(DC Bar No. 436567)
Stephanie A. Webster
(DC Bar No. 479524)
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Counsel for all Plaintiffs in Case Nos. 02-0601 (PLF) (D.D.C.), 03-0500 (PLF) (D.D.C.),
03-0550 (PLF) (D.D.C.), and 03-0558 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ John M. Faust_____

John M. Faust
(DC Bar No. 433553)
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Counsel for all Plaintiffs in Case Nos. 03-0418 (PLF) (D.D.C.), 03-0419 (PLF) (D.D.C.),
03-0420 (PLF) (D.D.C.), and 03-0492 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Thomas J. Weiss_____

Thomas J. Weiss
(California State Bar No. 63167)
LAW OFFICES OF THOMAS J. WEISS
1901 Avenue of the Stars, Suite 1501
Los Angeles, California 90067
Telephone: (310) 788-0710
Fax: (310) 788-0735


March 12, 2008_____
DATE




/s/ Erling Hansen_____

Erling Hansen (D.C. Bar No. 192708)
LAW OFFICE OF ERLING HANSEN, ESQ.
1025 Connecticut Avenue, NW
Suite 615
Washington, DC 20036
Telephone: (202) 554-5716
Fax: (202) 554-5761

Counsel for all Plaintiffs in Case No. 06-0820 (PLF) (D.D.C.)



March 12, 2008_____
DATE

51